O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ROBINDEEP SINGH, et al., | Case No. 2:21-cv-07142-ODW (PVCx) |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

On September 3, 2021, Plaintiffs Robindeep Singh and Urmila Singh[1] brought this action as a petition for writ of mandamus, alleging Defendants committed a due process violation by failing to provide a factual predicate for denying Robindeep's visa, and asking the Court for a mandamus based on a failure to decide the visa application in a reasonable time. (*See* Pet., ECF No. 1.) On February 11, 2022, Plaintiffs filed a First Amended Complaint, further alleging that Defendants are estopped from revoking the visa application based on a determination that Urmila's marriage is illegitimate. (First. Am. Compl., ECF No. 16.) On August 15, 2022, the Court granted in full Defendants' Motion to Dismiss, finding that Plaintiffs did not

---

[1] The Court respectfully refers to each Plaintiff by their first names to avoid confusion.

and cannot state a claim, and therefore dismissed this action with prejudice and without leave to amend.  (Order Granting Mot. Dismiss, ECF No. 29.)

      Accordingly, the Court **ORDERS, ADJUDGES,** and **DECREES** as follows:

1. The Court finds that Defendants have not committed a due process violation and are not estopped from revoking Robindeep's visa application, as Plaintiffs alleged; and
2. Judgment is entered for Defendants.

The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 15, 2022

                                                                         _____
                                                                        **OTIS D. WRIGHT, II**
                                                       **UNITED STATES DISTRICT JUDGE**